# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Darryl James McGlamry, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-143 (GK) |
| | ) | |
| Harley G. Lappin, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## <u>ORDER DIRECTING RESPONDENT TO SHOW CAUSE</u>

Pursuant to 28 U.S.C. § 2243, it is this 6th day of February 2006,

ORDERED that respondent, by counsel, shall, within 30 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on the Bureau of Prisons, the United States Attorney for the District of Columbia, and petitioner's warden.

/s/_____
GLADYS KESSLER
United States District Judge