# PROCESS RECEIPT AND RETURN
**U.S. Department of Justice**
**United States Marshals Service**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Darryl James McGlamry | 06-143 GK |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Harley G. Lappin, et al | Order Directing Respondent to Show Cause |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
> Warden @ Elkton Federal Satellite - Low

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
> P.O. B. 10, Lisbon, OH 44432

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED 06 FEB 10 A 11 MARSHALS OFF. DISTRICT OF COLUM.

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER    DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 60 | Signature of Authorized USMS Deputy or Clerk | Date 2/10/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

06-143 2/10/06 FRJ

above (See remarks below)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Marshal Service
Nthrn. Dist. of OH
Cleveland, OH 44113

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Brenda Spanos  ☐ Agent ☑ Addressee
B. Received by (Printed Name): BRENDA SPANOS    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☑ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0000 2032 7744

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540
MAY BE USED

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service    Time    am / pm

Signature of U.S. Marshal or Deputy

owed to U.S. Marshal or    Amount of Refund

**RECEIVED**
FEB 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FORM USM-285 (Rev. 12/15/80)