# Exhibit A

```
 ~~~~~         *       PUBLIC INFORMATION           *    03-03-2006
PAGE 003       *          INMATE DATA               *    16:05:20
                       AS OF 03-03-2006

 REGNO..: 14101-057 NAME: MCGLAMRY, DARRYL JAMES

               RESP OF: ELK / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 330-424-7448   FAX: 330-424-7075
 PRE-RELEASE PREPARATION DATE: 02-23-2013

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE:  08-23-2013 VIA GCT REL

 ---------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

 COURT OF JURISDICTION...........: NORTH CAROLINA, MIDDLE DISTRICT
 DOCKET NUMBER...................: CR-88-136-01-G
 JUDGE...........................: BULLOCK, JR.
 DATE SENTENCED/PROBATION IMPOSED: 06-01-1989
 DATE COMMITTED..................: 08-04-1994
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
 NON-COMMITTED.:   $50.00         $00.00           $00.00         $00.00

 RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00

 -----------------------CURRENT OBLIGATION NO: 010 ----------------------------
 OFFENSE CODE....: 391
 OFF/CHG: 21:846, & 21:841(A)(1) - CONPS. TO POSS WITD COCAINE, A
          SCHEDULE II NARCOTIC CONTOLLED SUBSTANCE

  SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    264 MONTHS
  TERM OF SUPERVISION............:      5 YEARS
  CLASS OF OFFENSE...............: CLASS A FELONY
  DATE OF OFFENSE................: 08-22-1988




 G0002         MORE PAGES TO FOLLOW . . .
```

```
████████         *         PUBLIC INFORMATION              *      03-03-2006
PAGE 004 OF 004  *            INMATE DATA                  *      16:05:20
                             AS OF 03-03-2006
```

REGNO..: 14101-057  NAME: MCGLAMRY, DARRYL JAMES

               RESP OF: ELK / DESIGNATED, AT ASSIGNED FACIL
               PHONE..: 330-424-7448   FAX: 330-424-7075
------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-20-1997 AT JES AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 06-24-1994
TOTAL TERM IN EFFECT............:    264 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     22 YEARS
EARLIEST DATE OF OFFENSE........: 08-22-1989

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1035
TOTAL GCT EARNED................: 594
STATUTORY RELEASE DATE PROJECTED: 08-23-2013
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 06-23-2016


PROJECTED SATISFACTION DATE.....: 08-23-2013
PROJECTED SATISFACTION METHOD...: GCT REL
```

S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE