# Exhibit B

Case 1:06-cv-00143-GK    Document 6-3    Filed 03/13/2006    Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRYL JAMES McGLAMRY,<br>    Petitioner, | :<br>:   Civil Action No. 06-143 (GK)<br>:<br>: |
| v. | :<br>: |
| HARLEY G. LAPPIN, et al.,<br>    Respondents. | :<br>: |

## ORDER

Upon consideration of the United States' Motion to Transfer Petitioner's Petition for Writ of Habeas Corpus and/or Declaratory Judgment, and it appearing to the Court that the petitioner's petition should be transferred to the United States District Court for the Northern District of Ohio, it is this ___ day of _____ 2006, hereby

**ORDERED** that any response to the United States' Motion to Transfer Petitioner's Petition for Writ of Habeas Corpus and/or Declaratory Judgment must be mailed by no later than _____. If petitioner's response is not mailed within that time, the Court will treat the matter as conceded, and transfer the petitioner's petition to the United States District Court for the Northern District of Ohio, the district in which the petitioner is incarcerated.

_____
United States District Judge

Copies to:

Darryl James McGlamry
Fed. Reg. # 14101-057
FCI Elkton
Lisbon, OH 44432

Margaret J. Chriss
Assistant United States Attorney