# Exhibit C

# U.S. Party/Case Index

## All Types Name Search Results

28 Total Party matches for selection MCGLAMRY, DARRYL for ALL COURTS
Search Complete
Thu Mar 9 14:15:00 CST 2006
Selections 1 through 28 (Page 1)

● Download (1 pages $ 0.00)

### Civil Cases

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| 1  MCGLAMRY, DARRYL | kyedce | 0:2001cv00025 | 01/25/2001 | 555 | 05/02/2001 |
| McGhee, et al v. FBP | | | | | |
| 2  MCGLAMRY, DARRYL JAMES | gasdce | 2:1996cv00008 | 01/09/1996 | 550 | 12/04/1996 |
| McGlamry v. Wooten | | | | | |
| 3  MCGLAMRY, DARRYL JAMES | ncmdce | 2:1991cv00049 | 01/30/1991 | 550 | 03/19/1992 |
| MCGLAMRY, DARRYL JAM v. BURCH, et al | | | | | |
| 4  MCGLAMRY, DARRYL JAMES | ncmdce | 1:2003cv00128 | 02/07/2003 | 510 | 08/06/2003 |
| MCGLAMRY, et al v. USA, et al | | | | | |
| 5  MCGLAMRY, DARRYL JAMES | dcdce | 1:2006cv00143 | 01/26/2006 | 530 | |
| MCGLAMRY v. LAPPIN et al | | | | | |
| 6  MCGLAMRY, DARRYL JAMES | flmdce | 8:1990cv00223 | 02/26/1990 | 895 | 03/16/1994 |
| McGlamry v. Dept. of Justice, et al | | | | | |
| 7  MCGLAMRY, DARRYL JAMES | ncmdce | 1:2004cv00298 | 04/05/2004 | 510 | 04/05/2004 |
| MCGLAMRY v. USA 2:88CR136-1 | | | | | |
| 8  MCGLAMRY, DARRYL JAMES | ohndce | 4:2006cv00389 | 02/21/2006 | 540 | |
| McGlamry v. United States of America | | | | | |
| 9  MCGLAMRY, DARRYL JAMES | ncmdce | 2:1997cv00390 | 04/30/1997 | 510 | 04/30/1997 |
| MCGLAMRY v. USA | | | | | |
| 10 MCGLAMRY, DARRYL JAMES | ilsdce | 3:1999cv00434 | 06/21/1999 | 470 | 02/18/2000 |
| Vollmer, et al v. Pblsh Clearing House, et al | | | | | |
| 11 MCGLAMRY, DARRYL JAMES | ohndce | 4:2004cv00444 | 01/27/2004 | 530 | 03/31/2005 |
| McGlamry v. Bezy | | | | | |
| 12 MCGLAMRY, DARRYL JAMES | ncmdce | 1:2005cv00509 | 06/07/2005 | 510 | 09/13/2005 |
| MCGLAMRY v. UNITED STATES OF AMERICA | | | | | |
| 13 MCGLAMRY, DARRYL JAMES | ncmdce | 2:1997cv00632 | 06/12/1997 | 510 | 06/16/1998 |
| MCGLAMRY v. USA | | | | | |
| 14 MCGLAMRY, DARRYL JAMES | ncmdce | 1:1999cv00713 | 08/20/1999 | 510 | 03/17/2000 |
| MCGLAMRY v. USA 2:88CR136-01-G | | | | | |

| | Name | Court | Case No. | Filed | | Closed |
|---|---|---|---|---|---|---|
| 15 | MCGLAMRY, DARRYL JAMES MCGLAMRY v. UNITED STATES OF AMERICA | ncmdce | 1:2005cv00881 | 10/04/2005 | 510 | |
| 16 | MCGLAMRY, DARRYL JAMES McGlamry v. Bezy et al | ohndce | 4:2004cv00919 | 05/17/2004 | 530 | 07/14/2004 |
| 17 | MCGLAMRY, DARRYL JAMES MCGLAMRY vs. JUSTICE | flsdc | 1:1990cv00924 | 04/11/1990 | 895 | 05/30/1991 |
| 18 | MCGLAMRY, DARRYL JAMES McGlamry v. Jordan | alndce | 7:2003cv01143 | 05/14/2003 | 530 | 01/27/2004 |
| 19 | MCGLAMRY, DARRYL JAMES McGlamry v. Sniezek | ohndce | 4:2004cv02373 | 11/30/2004 | 530 | 02/23/2005 |
| 20 | MCGLAMRY, DARRYL JAMES McGlamry v. Transmeta Corporation, et al | candce | 3:2004cv02475 | 06/22/2004 | 850 | 07/25/2005 |
| 21 | MCGLAMRY, DARRYL JAMES MCGLAMRY et al v. LAPPIN | dcdce | 1:2003cv02619 | 12/22/2003 | 550 | 12/22/2004 |
| 22 | MCGLAMRY, DARRYL JAMES MCGLAMRY vs. BUTTERWORTH | flsdc | 0:1991cv06065 | 02/01/1991 | 530 | 03/27/1992 |
| 23 | MCGLAMRY, DARRYL JAMES MCGLAMRY vs. US BUREAU OF PRISONS | flsdc | 0:2001cv07306 | 08/03/2001 | 190 | 08/13/2002 |
| 24 | MCGLAMRY, DARRYL JAMES MCGLAMRY vs. LAMBDIN | flsdc | 2:1995cv14085 | 04/17/1995 | 550 | 01/23/1998 |

## Criminal Cases

| | Name | Court | Case No. | Filed | Closed |
|---|---|---|---|---|---|
| 25 | MCGLAMRY, DARRYL JAMES USA v. MCGLAMRY, et al | ncmdce | 2:1988cr00136 | 11/03/1988 | |

## Appellate Cases

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 26 | MCGLAMRY, DARRYL JAMES MCGLAMRY/DIAZ vs. LAPPIN | dcca | 05-5019 | 01/28/2005 | 2550 | 08/26/2005 |
| 27 | MCGLAMRY, DARRYL JAMES US vs. MCGLAMRY | 04ca | 91-6586 | 05/30/1991 | 0 | 09/09/1991 |
| 28 | MCGLAMRY, DARRYL JAMES US vs. MCGLAMRY | 04ca | 98-7110 | 07/31/1998 | 0 | 03/08/1999 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/09/2006 14:15:00 | | | |
| PACER Login: | ux2672 | Client Code: | |
| Description: | All Types srch pg 1 | Search Criteria: | MCGLAMRY, DARRYL |
| Billable Pages: | 1 | Cost: | 0.08 |