UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARRYL JAMES MCGLAMRY,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 06-143 (GK) |
| | ) |
| **HARLEY G. LAPPIN, et al.,** | ) |
| | ) |
| Respondents. | ) |

### ORDER

_____ Respondents have filed a motion to transfer the case. Petitioner is proceeding *pro se*. The Court will rule on Respondents' motion taking into consideration the facts proffered in the petition for writ of habeas corpus, along with his response or opposition to the motion, and the entire record of the case.

If Petitioner fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and transfer the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is this 13th day of March, 2006,

**ORDERED** that Petitioner shall respond to the Defendant's motion to transfer on or before April 13, 2006. If Petitioner does not respond by that date, the Court may treat the motion as conceded.

                                                 /s/
                                                 GLADYS KESSLER
                                                 United States District Judge