UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DARRYL JAMES MCGLAMRY,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-143 (GK) |
| | ) | |
| **HARLEY G. LAPPIN, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

In accordance with the Memorandum Opinion issued this 18th day of May, 2006, it is

ORDERED that Respondents' motion to transfer [6] is GRANTED. It is

FURTHER ORDERED that the case is TRANSFERRED to the United States District Court for the Southern District of Georgia.

/s/
GLADYS KESSLER
United States District Judge

**Copies via ECF to all counsel of record**