Clerk's Office
United States District Court
for the District of Columbia
Washington, D.C. 20001

June 2, 2006

**CV206 119**

Clerk's Office
United States District Court
for the Southern District of Georgia
125 Bull Street, Room 304
Savannah, GA 31401

Re: 06-143 (GK) - MCGLAMRY v. LAPPIN, et al..

Dear Clerk:

On May 18, 2006, this Court signed an order transferring the above-entitled case to your Court. Enclosed please find the following:

✔ instructions for retrieving electronic case filings,
✔ transfer Order
✔ certified copy of the docket entries,
✔ original documents in the file.

Please acknowledge receipt of our file on the duplicate copy of this letter indicating your case number and return it to me in the self-addressed, stamped envelope.

Your attention to this matter is greatly appreciated.

Sincerely,

R-WITTINGTON, CLERK

-SAG-

**RECEIVED**

JUN - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
CLERK'S OFFICE
U.S. DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF
GEORGIA
125 BULL STREET
ROOM 304
SAVANNAH, GA 31401

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Karl's Stephens
B. Date of Delivery: 6-5-06
C. Signature: X [signature]
  ☐ Agent
  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7002 0860 0000 7772 4381

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952